HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
MELVIN HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN HENRY,<br><br>Defendant. | NO. 2:16-PO-00417-CKD<br>    2:16-PO-00484-CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CHANGE OF PLEA AND SENTENCING<br><br>DATE: April 12, 2017<br>TIME:  10:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, ROBERT ARTUZ, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA ALLISON, attorney for Defendant, MELVIN HENRY, that the Court continue the change of plea and sentencing hearing set for April 12, 2017 at 10:30 a.m., to April 20, 2017 at 9:30 a.m.

///

///

///

///

///

///

*U.S. v. Henry*
  Stipulation and Order

-1-

The parties have come to an agreement to resolve this matter, however, due to a religious holiday Mr. Henry will not be able to attend court on April 12, 2017. In light of this conflict we request the Court to continue the change of plea hearing to April 20, 2017 at 9:30 a.m.

Dated: April 3, 2017                                   Respectfully submitted,

                                                       HEATHER E. WILLIAMS
                                                       Federal Defender

                                                       */s/ Linda Allison*
                                                       LINDA ALLISON
                                                       Chief Assistant Federal Defender
                                                       Attorney for Defendant
                                                       MELVIN HENRY


                                                       PHILLIP A. TALBERT
                                                       United States Attorney

                                                       */s/ Robert Artuz*
                                                       ROBERT ARTUZ
                                                       Special Assistant United States Attorney
                                                       Attorney for Plaintiff


### **O R D ER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the change of plea and sentencing hearing presently set for April 12, 2017 at 10:30 a.m. be vacated, and that a change of plea and sentencing hearing be set for April 20, 2017 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  April 4, 2017
                                                       _____
                                                       CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE